UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINDTHEBEST.COM, INC.;<br><br>　　　　　Plaintiff,<br>v.<br><br>LUMEN VIEW TECHNOLOGY LLC; DALTON SENTRY, LLC; DECISIONSORTER, LLC; THE HILLCREST GROUP, INC.; EILEEN C. SHAPIRO; STEVEN J. MINTZ; and DOES 1 through 50,<br><br>　　　　　Defendants. | No.: 1:13-cv-06521-DLC<br><br>ECF CASE<br><br>**STAMATIOS STAMOULIS'S NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, **STAMATIOS STAMOULIS**, on behalf of defendant, Lumen View Technology, LLC, in the above-entitled matter.

>　　　　　Respectfully Submitted,
>　　　　　STAMOULIS & WEINBLATT LLC
>
>　　　　　_____
>　　　　　Stamatios Stamoulis (SS7949)
>　　　　　　　stamoulis@swdelaw.com
>　　　　　Two Fox Point Centre
>　　　　　6 Denny Road, Suite 307
>　　　　　Wilmington, DE 19809
>　　　　　Telephone: (302) 999-1540
>
>　　　　　*Attorneys for Defendant*
>　　　　　*Lumen View Technology, LLC*

**CERTIFICATION OF SERVICE**

This is to certify that on September 26, 2013, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Stamatios Stamoulis
Stamatios Stamoulis (SS7949)