

September 26, 2013                                                                                         VIA ECF

The Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15B
New York, NY  10007-1312

Re:   *Findthebest.com, Inc. v. Lumen View Technology, LLC et al.*, Case No. 13cv6521
      **REQUEST FOR ADJOURNMENT**

Dear Judge Cote:

On September 20, 2013, this Court set an Initial Pretrial Conference for the above-titled case on October 4, 2013 at 9:00 am.  I write to request an adjournment because that date falls before defendants are required to respond to the complaint.

Only one defendant has entered an appearance, Lumen View Technology, LLC ("Lumen").  I spoke with Lumen's counsel, Stamatios Stamoulis, and the earliest Friday after October 4th that both counsel are available is November 1, 2013.

All but one defendant has been served with the Court's September 19, 2013 Order.  If this Court adjourns the conference, I will immediately notify all defendants.


Sincerely,

*[signature]*

Joseph S. Leventhal
Counsel for Plaintiff, FindTheBest.com, Inc.

600 West Broadway, Suite 700 | San Diego, California 92101 | Phone: 619/356-3518 | Fax: 619/615-2082