

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINDTHEBEST.COM, INC.;<br><br>Plaintiff,<br><br>v.<br><br>LUMEN VIEW TECHNOLOGY LLC;<br>DALTON SENTRY, LLC;<br>DECISIONSORTER, LLC; THE HILLCREST<br>GROUP, INC.; EILEEN C. SHAPIRO;<br>STEVEN J. MINTZ; and DOES 1 through 50,<br><br>Defendants. | No.: 13-CV-6521<br><br>ECF CASE<br><br>**JEFFREY K. DAMAN'S APPLICATION FOR WITHDRAWAL AS COUNSEL FOR FINDTHEBEST.COM, INC.** |

**COMES NOW** Attorney Jeffrey K. Daman and applies to withdraw as counsel of record for FindTheBest.com, Inc. Attorney Joseph S. Leventhal, admitted *pro hac vice*, will continue to represent FindTheBest.com, Inc. The approval of this application will not affect the posture of the case nor the case's calendar. Mr. Daman is not asserting a retaining or charging lien.

Dated: September 30, 2013

Respectfully submitted,

By: /s/ Joseph S. Leventhal

JOSEPH S. LEVENTHAL (*pro hac vice*)
THE LEVENTHAL LAW FIRM, APC
600 West Broadway, Suite 700
San Diego, CA 92101
Ph: (619) 356-3518
Fx: (619) 615-2082
jleventhal@leventhallaw.com

*Granted.*
*/s/ Denise Cote*
*10/1/13*

1