UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINDTHEBEST.COM, INC., | |
| Plaintiff, | 13 Civ. 6521 (DLC) |
| -against- | ECF CASE |
| LUMEN VIEW TECHNOLOGY LLC, *et al.*, | |
| Defendants. | |

## STIPULATION EXTENDING ALL DEFENDANTS' TIME
## TO RESPOND TO COMPLAINT

Plaintiff FindTheBest.com, Inc. and Defendants Lumen View Technology LLC, Dalton Sentry, LLC, DecisionSorter, LLC, The Hillcrest Group, Inc., Eileen Shapiro and Steven J. Mintz stipulate, through their undersigned counsel, that Defendants' time to respond to the Complaint is extended until October 31, 2013.

Dated: October 11, 2013

USDC SD
DOCUMENT
ELECTRONICALLY
DOC #:
DATE: 10/15/2013

Granted.

[signature]
10/15/13

THE LEVENTHAL LAW FIRM, APC

*Joseph S. Leventhal*
jleventhal@leventhallaw.com
600 West Broadway, Suite 700
San Diego, CA 92101
Tel.: 619-356-3518

*Attorneys for Plaintiff*

STAMOULIS & WEINBLATT LLC

Stamatios Stamoulis
stamoulis@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Tel.: 302-999-1540

*Attorneys for Lumen View Technology, LLC*

DEBEVOISE & PLIMPTON LLP

Mark P. Goodman
mpgoodman@debevoise.com
Carl Riehl
criehl@debevoise.com
919 Third Avenue
New York, New York 10022
Tel.: 212-909-7253

*Attorneys for DecisionSorter, LLC, The Hillcrest Group, Inc., Eileen Shapiro and Steven J. Mintz*

ALLEGAERT BERGER & VOGEL LLP

David A. Berger
dberger@abv.com
Richard L. Crisona
rcrisona@abv.com
111 Broadway, 20th Floor
New York, New York 10006
Tel.: 212-571-0550

*Attorneys for Dalton Sentry, LLC*

SO ORDERED:

_____
U.S.D.J.

| THE LEVENTHAL LAW FIRM, APC | STAMOULIS & WEINBLATT LLC |
|---|---|
| Joseph S. Leventhal<br>jleventhal@leventhallaw.com<br>600 West Broadway, Suite 700<br>San Diego, CA 92101<br>Tel.: 619-356-3518<br>*Attorneys for Plaintiff* | Stamatios Stamoulis<br>stamoulis@swdelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>Tel.: 302-999-1540<br><br>*Attorneys for Lumen View Technology, LLC* |

DEBEVOISE & PLIMPTON LLP

Mark P. Goodman
mpgoodman@debevoise.com
Carl Riehl
criehl@debevoise.com
919 Third Avenue
New York, New York 10022
Tel.: 212-909-7253

*Attorneys for DecisionSorter, LLC, The Hillcrest Group, Inc., Eileen Shapiro and Steven J. Mintz*

ALLEGAERT BERGER & VOGEL LLP

David A. Berger
dberger@abv.com
Richard L. Crisona
rcrisona@abv.com
111 Broadway, 20th Floor
New York, New York 10006
Tel.: 212-571-0550
*Attorneys for Dalton Sentry, LLC*

SO ORDERED:

_____
U.S.D.J.

2

| THE LEVENTHAL LAW FIRM, APC | STAMOULIS & WEINBLATT LLC |
|---|---|

Joseph S. Leventhal
jleventhal@leventhallaw.com
600 West Broadway, Suite 700
San Diego, CA 92101
Tel.: 619-356-3518

*Attorneys for Plaintiff*

Stamatios Stamoulis
stamoulis@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Tel.: 302-999-1540

*Attorneys for Lumen View Technology, LLC*

DEBEVOISE & PLIMPTON LLP

Mark P. Goodman
mpgoodman@debevoise.com
Carl Riehl
criehl@debevoise.com
919 Third Avenue
New York, New York  10022
Tel.: 212-909-7253

*Attorneys for DecisionSorter, LLC, The Hillcrest Group, Inc., Eileen Shapiro and Steven J. Mintz*

ALLEGAERT BERGER & VOGEL LLP

David A. Berger
dberger@abv.com
Richard L. Crisona
rcrisona@abv.com
111 Broadway, 20th Floor
New York, New York 10006
Tel.: 212-571-0550

*Attorneys for Dalton Sentry, LLC*

SO ORDERED:

_____
U.S.D.J.

| THE LEVENTHAL LAW FIRM, APC | STAMOULIS & WEINBLATT LLC |
|---|---|

Joseph S. Leventhal
jleventhal@leventhallaw.com
600 West Broadway, Suite 700
San Diego, CA 92101
Tel.: 619-356-3518

*Attorneys for Plaintiff*

Stamatios Stamoulis
stamoulis@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Tel.: 302-999-1540

*Attorneys for Lumen View Technology, LLC*

DEBEVOISE & PLIMPTON LLP

Mark P. Goodman
mpgoodman@debevoise.com
Carl Riehl
criehl@debevoise.com
919 Third Avenue
New York, New York 10022
Tel.: 212-909-7253

*Attorneys for DecisionSorter, LLC, The Hillcrest Group, Inc., Eileen Shapiro and Steven J. Mintz*

ALLEGAERT BERGER & VOGEL LLP

/s/ Richard L. Crisona

David A. Berger
dberger@abv.com
Richard L. Crisona
rcrisona@abv.com
111 Broadway, 20th Floor
New York, New York 10006
Tel.: 212-571-0550

*Attorneys for Dalton Sentry, LLC*

SO ORDERED:

_____
U.S.D.J.

2