AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

| | |
|---|---|
| FINDTHEBEST.COM, INC. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| LUMEN VIEW TECHNOLOGY, LLC, et. al | ) |
| *Defendant* | ) |

13 CV 6521

13 CV 6521

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steven J. Mintz: Address Unknown- River New Jersey

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey K. Daman
Daman & Associates, LLC
1500 Walnut Street, 21st Floor
Philadelphia, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: SEP 1 6 2013

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Affidavit of Process Server

UNITED STATES DISTRICT COURT, NYSD
(NAME OF COURT)

FINDTHEBEST.COM, INC. vs LUMEN VIEW TECHNOLOGY LLC, ET AL    13CV6521
PLAINTIFF/PETITIONER        DEFENDANT/RESPONDENT                CASE NUMBER

I DINA CUTLER, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served STEVEN J. MINTZ
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS IN A CIVIL ACTION; SEE ATTACHED PROOF OF SERVICE

by leaving with STEVEN J. MINTZ        PERSONALLY        At
                NAME                    RELATIONSHIP

☑ Residence 73 FOX HEDGE ROAD            SADDLE RIVER/NJ 07458
            ADDRESS                      CITY / STATE

☐ Business _____            _____
            ADDRESS                      CITY / STATE

On OCTOBER 2, 2013        AT 8:55AM
    DATE                     TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE
from _____
     CITY    STATE    ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____ (2) _____ _____
                                                    DATE        TIME            DATE        TIME
(3) _____ _____ (4) _____ _____ (5) _____ _____
    DATE        TIME            DATE        TIME            DATE        TIME

**Description:** Age 60-65  Sex M  Race CAUC  Height 5-11  Weight 170  Hair GREY  Beard NO  Glasses NO

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 10th day of October, 2013 by Dina Lee Cutler
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of New York

MICHELE L PISCANI
Notary Public - State of New York
NO. 01PI6271813
Qualified in Rockland County
My Commission Expires 11 J___

NAPPS

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

JOSEPH S. LEVENTHAL, (SBN 221043)
LEVENTHAL LAW FIRM, APC
600 WEST BROADWAY, SUITE 700
SAN DIEGO CA 92101
619-356-3518
Attorney for : FINDTHEBEST.COM, INC.

Ref. No. : 1226893-06
Atty. File No.: FTB

USDC NYSD

| | | |
|---|---|---|
| PLAINTIFF | : FINDTHEBEST.COM, INC. | Case No.: 13CV6521 |
| DEFENDANT | : LUMEN VIEW TECHNOLOGY LLC, ET AL. | **PROOF OF SERVICE OF SUMMONS** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PROOF OF SERVICE; JURY TRIAL DEMANDED; CIVIL COVER SHEET; ECF CASE; ELECTRONIC CASE FILING RULES & INSTRUCTION; INDIVIDUAL PRACTICES IN CIVIL CASES; NOTICE OF INITIAL PRETRIAL CONFERENCE

3. a. Party served : STEVEN J. MINTZ
   b. Person served : STEVEN J. MINTZ, PERSONALLY
   (CAUC/M/60-65YRS/5FT11IN/170LBS/GREY)

4. Address where the party was served 73 FOX HEDGE ROAD
   SADDLE RIVER, NJ 07458    (Residence)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on October 2, 2013  (2) at: 08:55 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. DINA CUTLER
   b. KNOX ATTORNEY SERVICE
      2250 FOURTH AVENUE
      SAN DIEGO, CA 92101
   c. 619-233-9700
   d. Fee for service: $183.75
   e. I am:
      (3) a registered California process server
          (i) an independent contractor
          (ii) Registration No.: 152
          (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

SEE ATTACHED NOTARIZED AFFIDAVIT

Date: October 9, 2013

Signature: _____
DINA CUTLER

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**