UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FINDTHEBEST.COM, INC, | : | |
| Plaintiff, | : | |
| v. | : | No.: 1:13-cv-06521-DLC |
| LUMEN VIEW TECHNOLOGY LLC; DALTON SENTRY, LLC; DECISIONSORTER, LLC; THE HILLCREST GROUP, INC.; EILEEN C. SHAPIRO; STEVEN J. MINTZ; and DOES 1 through 50, | : | October 29, 2013 |
| Defendants. | : | |

**DEFENDANT LUMEN VIEW'S NOTICE OF MOTION TO DISMISS
<u>PLAINTIFF'S COMPLAINT</u>**

PLEASE TAKE NOTICE that Defendant Lumen View Technology, LLC ("Lumen View") hereby moves this Court for an Order dismissing the Complaint in this action filed pursuant to Federal Rule of Civil Procedure 12(b)(6), as the Complaint fails to set forth a plausible cause of action in any count against Defendant Lumen View. In support of this Motion, Lumen View files herewith:

(1) A Memorandum of Law in Support of Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6);

(2) Attached Exhibits; and

(3) A Proposed Order, submitted hereto as <u>Exhibit A</u>.

Dated:  October 29, 2013                                               Respectfully Submitted,

                                                                       STAMOULIS & WEINBLATT LLC

                                                                       _____
                                                                       Stamatios Stamoulis (SS7949)
                                                                       stamoulis@swdelaw.com
                                                                       Two Fox Point Centre
                                                                       6 Denny Road, Suite 307
                                                                       Wilmington, DE 19809
                                                                       Telephone: (302) 999-1540

                                                                       *Attorneys for Defendant*
                                                                       *Lumen View Technology, LLC*

**Exhibit A**

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FINDTHEBEST.COM, INC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | No.: 1:13-cv-06521-DLC |
| | : | |
| | : | |
| LUMEN VIEW TECHNOLOGY LLC; | : | October 29, 2013 |
| DALTON SENTRY, LLC; | : | |
| DECISIONSORTER, LLC; THE HILLCREST | : | |
| GROUP, INC.; EILEEN C. SHAPIRO; STEVEN J. | : | |
| MINTZ; and DOES 1 through 50, | : | |
| | : | |
| Defendants. | : | |

**[PROPOSED ORDER]**

ORDER DISMISSING THE COMPLAINT WITH PREJUDICE

The Court has before it the Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. The Court is of the opinion that the motion should be GRANTED.

IT IS HEREBY ORDERED that:

All Claims are dismissed with prejudice to the re-filing of same.

This is a Final Judgment.

**SO ORDERED**, this____ day of _____, 2013.

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

This is to certify that on October 29, 2013, a copy of the foregoing MOTION, PROPOSED ORDER, and MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Stamatios Stamoulis
Stamatios Stamoulis (SS7949)