UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FINDTHEBEST.COM, INC.,

                        Plaintiff,

-against-                          13 Civ. 6521 (DLC)

LUMEN VIEW TECHNOLOGY LLC, *et al.*,

                        Defendants.

## NOTICE OF ATTORNEY APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP, with offices at 919 Third Avenue, New York, New York 10022, appears in the case captioned above on behalf of Defendants DecisionSorter, LLC, The Hillcrest Group, Inc., Eileen Shapiro and Steven J. Mintz. The undersigned respectfully requests that notice of electronic filing of all papers, as well as copies of all other documents that are required to be served or delivered to counsel in this action, be transmitted to him at the address given below.

Dated:  New York, New York
          October 30, 2013

                                          DEBEVOISE & PLIMPTON LLP

                                          By: s/ Mark P. Goodman
                                                Mark P. Goodman
                                                mpgoodman@debevoise.com

                                          919 Third Avenue
                                          New York, New York 10022
                                          Tel.:  212-909-7253

                                          *Attorney for DecisionSorter, LLC, The*
                                          *Hillcrest Group, Inc., Eileen Shapiro and*
                                          *Steven J. Mintz*