```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FINDTHEBEST.COM, INC.,                  :
                                        :    13 Civ. 6521 (DLC)
                Plaintiff,              :
                                        :    SCHEDULING ORDER
        -v-                             :
                                        :
LUMEN VIEW TECHNOLOGY LLC; DALTON       :
SENTRY, LLC; DECISIONSORTER, LLC; THE   :
HILLCREST GROUP, INC; EILEEN C.         :
SHAPRIO; STEVEN J. MINTZ; and DOES 1    :
through 50,                             :
                Defendants.             :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 30, 2013, the defendants filed a motion to dismiss this case. It is hereby

ORDERED that any opposition is due by **November 15, 2013**. Any reply is due by **November 22, 2013**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         October 30, 2013

                                    _____
                                            DENISE COTE
                                    United States District Judge