AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| FINDTHEBEST.COM, INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13-cv-06521 (DLC) |
| LUMEN VIEW TECHNOLOGY, LLC, ET AL. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dalton Sentry, LLC.

Date:   10/31/2013

/s Richard L. Crisona
*Attorney's signature*

Richard L. Crisona (RC2203)
*Printed name and bar number*
Allegaert Berger & Vogel LLP
111 Broadway, 20th Floor
New York, NY 10006

*Address*

rcrisona@abv.com
*E-mail address*

(212) 571-0550
*Telephone number*

(212) 571-0555
*FAX number*