UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FINDTHEBEST.COM, INC.,

    Plaintiff,

-against-

LUMEN VIEW TECHNOLOGY LLC, *et al.,*

    Defendants.

Case No. 13-cv-6521 (DLC)

**NOTICE OF MOTION OF DEFENDANTS DECISIONSORTER, LLC,
THE HILLCREST GROUP, INC., EILEEN C. SHAPIRO AND
STEVEN J. MINTZ TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO
<u>FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)</u>**

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated October 31, 2013, and upon all prior pleadings and proceedings herein, defendants Decisionsorter, LLC, The Hillcrest Group, Inc., Eileen Shapiro, and Steven J. Mintz, by their attorneys, hereby move before the Hon. Denise L. Cote for an order dismissing the Complaint in this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the ground that

the Complaint fails to state a claim upon which relief may be granted, and for such additional relief as the Court deems just and proper.  Oral argument is respectfully requested.

Dated: New York, New York
October 31, 2013

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

s/ Mark P. Goodman_____
Mark P. Goodman
mpgoodman@debevoise.com
Carl Riehl
criehl@debevoise.com
919 Third Avenue
New York, New York 10022
Tel.: 212-909-6000

Attorneys for DecisionSorter, LLC, The Hillcrest Group, Inc., Eileen C. Shapiro and Steven J. Mintz

TO:   Joseph Samuel Leventhal
THE LEVENTHAL LAW FIRM, APC
600 W. Broadway, Suite 700
San Diego, California  92101

Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
6 Denny Road, Suite 307
Wilmington, Delaware 19809

Richard L. Crisona
David A. Berger
Dennis Rambaud
ALLEGAERT BERGER & VOGEL LLP
111 Broadway, 20th Floor
New York, New York 10006