UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FINDTHEBEST.COM, INC.,

        Plaintiff,

-against-

LUMEN VIEW TECHNOLOGY LLC, *et al.,*

        Defendants.

Case No. 13-cv-6521 (DLC)

**NOTICE OF MOTION OF DEFENDANT DALTON SENTRY, LLC
TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO
<u>FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)</u>**

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated October 31, 2013, and upon all prior pleadings and proceedings herein, defendant Dalton Sentry, LLC, by its attorneys, hereby moves before the Hon. Denise L. Cote for an order dismissing the Complaint in this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the ground that the Complaint fails to state a claim upon which relief may be

granted, and for such additional relief as the Court deems just and proper. Oral argument is respectfully requested.

Dated: New York, New York
October 31, 2013

Respectfully submitted,

ALLEGAERT BERGER & VOGEL LLP

By: /s/ Richard L. Crisona
David A. Berger
dberger@abv.com
Richard L. Crisona
rcrisona@abv.com
Dennis Rambaud
drambaud@abv.com
111 Broadway, 20th Floor
New York, New York 10006
(212) 571-0550

Attorneys for Dalton Sentry, LLC

TO: Joseph Samuel Leventhal
THE LEVENTHAL LAW FIRM, APC
600 W. Broadway, Suite 700
San Diego, California 92101

Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
6 Denny Road, Suite 307
Wilmington, Delaware 19809

Mark P. Goodman
Carl Riehl
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022