UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FINDTHEBEST.COM, INC.,                  :
                                        :    13 Civ. 6521 (DLC)
                Plaintiff,              :
                                        :         ORDER
        -v-                             :
                                        :
LUMEN VIEW TECHNOLOGY LLC; DALTON       :
SENTRY, LLC; DECISIONSORTER, LLC; THE   :
HILLCREST GROUP, INC; EILEEN C.         :
SHAPRIO; STEVEN J. MINTZ; and DOES 1    :
through 50,                             :
                Defendants.             :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   Pursuant to a conference of November 1, 2013, it is hereby

   ORDERED that if the plaintiff wishes to amend the complaint in response to the defendants' motions to dismiss, the plaintiff must do so by **November 22, 2013.**

   IT IS FURTHER ORDERED that if the plaintiff wishes to oppose the motions to dismiss, any opposition is due by **November 22, 2013.**  Any reply is due by **December 13, 2013.**  At the time any reply is served, the moving party shall supply two courtesy copies of all motion papers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that discovery in this litigation is stayed pending resolution of the defendants' motions to dismiss this case.

SO ORDERED:

Dated:   New York, New York
         November 1, 2013

                                    _____
                                            DENISE COTE
                                    United States District Judge