## CERTIFICATE OF SERVICE

   This is to certify that on November 22, 2013, a copy of the following documents were served by electronic notification to all registered counsel**:**

- FINDTHEBEST.COM, INC'S FIRST AMENDED COMPLAINT

           By: /s/ Valerie C. Ramirez
           PARALEGAL TO
           JOSEPH S. LEVENTHAL
           THE LEVENTHAL LAW FIRM, APC