DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

December 4, 2013

12/4/2013



The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

FindTheBest.com v. Lumen View Technology LLC, et al.,
Case No. 13 Civ. 6521 (DLC)

Dear Judge Cote:

This firm represents defendants The Hillcrest Group, Inc., DecisionSorter, LLC, Eileen Shapiro, and Steven J. Mintz in the above-captioned action. I write on behalf of all defendants to request an extension of the time to move to dismiss plaintiff's amended complaint, which was filed on November 22, 2013, and approval of a briefing schedule. Defendants ask for a two week extension from December 9, 2013 until December 23, 2013. Given the intervening holidays, defendants have also agreed that plaintiff's time to respond would be extended two weeks until January 20, 2014. Defendants' reply would be due on January 27, 2014.

This is the first request to extend this deadline. Plaintiff's counsel, Joseph Leventhal, has agreed to the foregoing schedule. As there is currently no case management order in this action, the requested extension will not affect any other dates.

Thank you.

Respectfully submitted,

s/ Mark P. Goodman

Mark P. Goodman

cc: ECF Mailing List

Granted.
Denise Cote
12/4/13