# CERTIFICATE OF SERVICE

This is to certify that on January 20, 2014, a copy of the following documents were served by electronic notification to all registered counsel:

- FINDTHEBEST.COM, INC.'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AMENDED COMPLAINT

By: _____
Valerie C. Ramirez, Paralegal to
JOSEPH S. LEVENTHAL
THE LEVENTHAL LAW FIRM, APC