# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
www.debevoise.com

**Mark P. Goodman**
Partner
Tel  212 909 7253
Fax  212 909 6836
mpgoodman@debevoise.com

March 31, 2014

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007-1312

**FindTheBest.com, Inc. v. Lumen View Technology LLC, et al., Case No. 13 Civ. 6521 (DLC)**

Dear Judge Cote:

      This firm represents defendants, The Hillcrest Group, Inc., Decisionsorter, LLC, Eileen Shapiro and Steven J. Mintz in the above-captioned action.  I am writing pursuant to the Court's Individual Practices In Civil Cases to respectfully alert the Court that no argument has been scheduled or decision issued with respect to all defendants' motions to dismiss the amended complaint, which were fully briefed on January 27, 2014 when all defendants filed their reply briefs.

      Respectfully submitted,

      s/Mark P. Goodman

      Mark P. Goodman

cc:  ECF Mailing List