UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINDTHEBEST.COM, INC.; | No.  13 CV 6521 |
| Plaintiff, | |
| | ECF CASE |
| v. | |
| | **NOTICE OF APPEAL** |
| LUMEN VIEW TECHNOLOGY LLC; DALTON SENTRY, LLC; DECISIONSORTER, LLC; THE HILLCREST GROUP, INC.; EILEEN C. SHAPIRO; STEVEN J. MINTZ; and DOES 1 through 50, | |
| Defendants. | |

Notice is hereby given that Plaintiff FINDTHEBEST.COM, INC., hereby appeals to the United States Court of Appeal for the Second Circuit from the order granting Defendants' Motions to Dismiss (Docket No. 66) entered in this action on May 19, 2014.

Dated:   May 30, 2014    Respectfully submitted,

By:   /s/  Joseph S. Leventhal_____

JOSEPH S. LEVENTHAL
THE LEVENTHAL LAW FIRM, APC
600 West Broadway, Suite 700
San Diego, CA 92101
Ph: (619) 356-3518
Fx: (619) 615-2082
jleventhal@leventhallaw.com