**MANDATE**

N.Y.S.D. Case #
13-cv-6521(DLC)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of March, two thousand and sixteen.

Before:    Robert A. Katzmann,
        *Chief Judge,*
    Ralph K. Winter,
    Robert D. Sack,
        *Circuit Judges.*

_____

FindTheBest.com, Inc.,

    Plaintiff - Appellant,

v.

Lumen View Technology LLC, Dalton Sentry, LLC, Decisionsorter, LLC, The Hillcrest Group, Inc., Eileen C. Shapiro, Steven J. Mintz, Does 1 through 50,

    Defendants - Appellees.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 08, 2016

**ORDER**

Docket No. 14-1868

    The parties have filed a stipulation to dismiss the above-captioned appeal with prejudice, without costs and without attorneys' fees, pursuant to FRAP 42(b).

    The stipulation is hereby so ordered.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 03/08/2016**